# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 18-2119

TIGRESS SYDNEY ACUTE MCDANIEL, as lawful guardian ad litem of Minor Child A.M.,

                Plaintiff - Appellant,

      v.

VTT MANAGEMENT INC.; VTT CHARLOTTE LLC; DEBBIE HICKS; CHRISTOPHER LOEBSACK; LATONYA CAMERON; BRITTANY BANKS; VICTOR JIMENEZ; MECKLENBURG COUNTY; MARTA CARSON, in her individual and official capacity; BECKY T. TIN, in her individual and official capacity; DONNIE HOOVER, in his individual and official capacity; ELIZABETH THORTON TROSCH, in her individual and official capacity; JOHN AND JANE DOES, 1 - 30,

                Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:16-cv-00826-RJC-DSC)

Submitted: January 22, 2019                Decided: January 24, 2019

Before MOTZ, KEENAN, and FLOYD, Circuit Judges

Affirmed by unpublished per curiam opinion.

Tigress Sydney Acute McDaniel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tigress Sydney Acute McDaniel appeals the district court's order granting summary judgment in favor of Defendants, pursuant to Fed. R. Civ. P. 56(f); denying McDaniel's motion for judgment as a matter of law; and denying as moot McDaniel's motion for sanctions and motion in limine.

We review an order granting summary judgment de novo, "drawing reasonable inferences in the light most favorable to the non-moving party." *Butler v. Drive Auto. Indus. of Am., Inc.*, 793 F.3d 404, 407 (4th Cir. 2015) (internal quotation marks omitted). "Summary judgment is proper 'if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.'" *Id.* at 408 (quoting Fed. R. Civ. P. 56(a)). The relevant inquiry is whether the evidence "presents a sufficient disagreement to require submission to a jury or whether it is so one-sided that one party must prevail as a matter of law." *McAirlaids, Inc. v. Kimberly-Clark Corp.*, 756 F.3d 307, 310 (4th Cir. 2014) (internal quotation marks omitted). To survive summary judgment, "the nonmoving party must rely on more than conclusory allegations, mere speculation, the building of one inference upon another, or the mere existence of a scintilla of evidence." *Dash v. Mayweather*, 731 F.3d 303, 311 (4th Cir. 2013).

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McDaniel v. VTT Mgmt. Inc.*,

No. 3:16-cv-00826-RJC-DSC (W.D.N.C. Sept. 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*